IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:11-CR-20 |
| | ) | |
| PEDRO OSCAR DIEGUEZ | ) | |
| | ) | |
| Defendant / Appellant | ) | |
| | ) | |
| _____ | ) | |

MOTION FOR EXTENSION OF TIME

NOW COMES, the Appellant, Pedro Oscar Dieguez, by and through the undersigned court-appointed counsel, and hereby moves the court, pursuant to Fed.R.App.P. 26(b), to enlarge the time for filing the Defendant's Brief by sixty (60) days, or until July 30, 2015. In support of this motion, the Defendant would show the following:

1. The Defendant's opening brief in this case is currently due on June 10, 2015;

2. This is the second extension request filed by the Defendant in this case;

3. The undersigned counsel received the transcripts from the trial on April 3, 2015, but needs additional time to conduct legal research into potential issues, as well as to draft the brief;

4. In addition, the Appellant's court-appointed trial counsel has retired from the practice of law, and the undersigned counsel only received the additional discovery and background documents during a meeting on May 20, 2015;

5. Since the Defendant has been relocated to FCI Bennettsville, S.C., this has also prevented timely communications with the client; and

6. The Government concurs with this continuance.

The Defendant therefore respectfully requests an enlargement of time until July 30, 2015, in which to file the Defendant's opening brief.

Respectfully Submitted this the 4th day of June, 2015.

                                                s/ Peter C. Anderson
                                                Peter C. Anderson
                                                N.C. Bar No. 18861

                                                Counsel for Appellant Dieguez

                                                Beveridge & Diamond PC
                                                409 East Boulevard
                                                Charlotte, N.C. 28203
                                                Phone: (704)372-7370
                                                Fax: (704)372-7411
                                                panderson@bdlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Extension of Time will be served to the following individual through electronic case filing:

Amy Ray / United States Attorney
Amy.Ray@usdoj.gov

This the 4th day of June, 2015.

s/ Peter C. Anderson
Peter C. Anderson

3370733v1  Washington SEK