FILED: June 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4007

(3:13-cr-00020-FDW-DSC-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PEDRO OSCAR DIEGUEZ, a/k/a The Cuban

       Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

    Appendix due: 07/10/2015

    Opening brief due: 07/10/2015

    Response brief due: 08/05/2015

Any reply brief: 10 days from service of response brief.

                           For the Court--By Direction

                           /s/ Patricia S. Connor, Clerk