FILED: July 7, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4007

(3:13-cr-00020-FDW-DSC-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PEDRO OSCAR DIEGUEZ, a/k/a The Cuban

    Defendant - Appellant

_____

O R D E R

_____

Appellant has filed an amended motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 874 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk