FILED: August 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4007

(3:13-cr-00020-FDW-DSC-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

PEDRO OSCAR DIEGUEZ, a/k/a The Cuban

       Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 08/24/2015

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk